IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JANE DOE #1 AND JANE DOE #2, | ) | Civil Action No. 3:24-CV-00362-JDA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ABC SKATING FEDERATION, INC., | ) | **NOTICE OF APPEARANCE** |
| XYZ SKATING RINK, INC., AND JOHN | ) | **ON BEHALF OF DEFENDANT ABC** |
| ROE, FIGURE SKATING COACH, | ) | **SKATING FEDERATION, INC.** |
| | ) | |
| Defendants. | ) | |

TO:     THE CLERK OF COURT AND ALL PARTIES OF RECORD

Please take notice that the undersigned, Dominic A. Starr, Esquire (Federal ID No. 6025),

of McAngus, Goudelock & Courie, LLC, is admitted or otherwise authorized to practice in this

Court, and does hereby give notice of his appearance on behalf of Defendant ABC Skating

Federation, Inc. in the above-captioned case.

MCANGUS GOUDELOCK & COURIE, LLC

*s/ Dominic Starr*
DOMINIC A. STARR (Fed. ID No. 6025)
dominic.starr@mgclaw.com
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
Telephone: (803) 779-2300
Facsimile: (803) 748-0526

ATTORNEY FOR ABC SKATING
FEDERATION, INC.

Columbia, South Carolina
March 7, 2024