AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jane Doe #1 and Jane Doe #2, <br> *Plaintiffs* <br> v. <br> XYZ Skating Rink, Inc., <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    3:24-cv-362-JDA <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Jane Doe #1 and Jane Doe #2, take nothing of the defendant, XYZ Skating Rink, Inc., as to the third, fifth, and sixth causes of action, and this action is dismissed with prejudice as to that defendant as to those causes.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn D. Austin, US District Judge, presiding.  The Court having heard and granted the defendant's partial motion to dismiss.

Date:      April 10, 2024                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/ Amanda D. Hilley
                                                       _____
                                                          *Signature of Clerk or Deputy Clerk*